Dwenard BROWN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 49679.

Missouri Court of Appeals, Western District.

Aug. 1, 1995.

Stephen J. Harris, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and SMART and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Dwenard Brown pleaded guilty to first degree assault and was sentenced to fifteen years of imprisonment. Brown appeals from the denial of his post-conviction motion under Rule 24.035. Mr. Brown contends the court erred in denying relief because, he contends, his counsel was ineffective in advising him to plead guilty, and in failing to keep his promise to present mitigating evidence as to sentencing.

Judgment is affirmed. Rule 30.25(b).